No. 719.  Favors *v.* Coiner, Acting Warden.  Certiorari, 352 U. S. 987, to the Supreme Court of Appeals of West Virginia.  It is ordered that *David Ginsburg, Esquire,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 609.  United States *v.* Procter & Gamble Co. et al.  Appeal from the United States District Court for the District of New Jersey.  Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits.  *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.  *Kenneth C. Royall, Charles Sawyer, Frederick W. R. Pride* and *Richard W. Barrett* for the Procter & Gamble Co., *Mathias F. Correa* and *Jerrold G. Van Cise* for the Colgate-Palmolive Co., *Abe Fortas* for Lever Brothers Co., and *Adrien F. Busick* and *Shelby Fitze* for the Association of American Soap & Glycerine Producers, Inc., appellees.